Núm. 1271.—Rodríguez, et als., peticionarios, *v.* Corte, dmdada. —Original.   Enero 15, 1942.

Considerando que el remedio especial de nombramiento de *receiver* por su drástica naturaleza sólo procede en circunstancias verdaderamente extraordinarias cuando no haya otro remedio adecuado a que pueda acudirse con el mismo resultado, y considerando que el recurso de *injunction* ofrece un remedio adecuado y eficaz, sin necesidad de violentar los derechos de los demandados, no encontramos que el juez inferior cometiera error al denegar el nombramiento de *receiver* solicitado por los peticionarios, y por consiguiente no ha lugar al auto de *certiorari* interesado.

Núm. 1272.—White Star Bus Line, Inc., peticionaria, *v.* Corte, dmdada.—Original.   Enero 23, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la solicitud de certiorari que antecede, visto el caso de *Sucesión Núñez* v. *La Corte de Distrito*, 14 D.P.R. 21, 24, no ha lugar.

Núms. 1252, 1254, 1255, 1257, 1262, 1266, 1267, 1273, 1274, 1275, 1276 y 1277.

Núm. 406.—Román, peticionario, *v.* Susoni, dmdado.—Original. Enero 13, 1942.

Disponiendo expresamente el artículo 470 del Código de Enjuiciamiento Criminal, núm. 3, que la solicitud de un auto de hábeas corpus ha de ser jurada por la persona que la haga, y no estándolo la que antecede, que aparece fechada y firmada en la ciudad de Arecibo, no ha lugar.

Núms. 196, 298, 318, 323, 350, 351, 355, 360, 362, 385, 391, 392, 395 y 398.